# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1218
_____

TODD E. WATSON,

    Appellant,

    v.

TAYLOR N. HATCH, as Secretary
of the Department of Children
and Families,

    Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
David Frank, Judge.

March 11, 2026

PER CURIAM.

    AFFIRMED.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Todd E. Watson, pro se, Appellant.

James Uthmeier, Attorney General, and Claudia P. Humphrey, Assistant Attorney General, Tallahassee, for Appellee.